# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 28, 2025

Lyle W. Cayce
Clerk

No. 24-10719
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Julio Cesar Reyes-Tafolla,

*Defendant—Appellant*.
_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CR-113-1
_____

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Julio Cesar Reyes-Tafolla appeals his conviction and sentence for illegal reentry into the United States under 8 U.S.C. § 1326. For the first time on appeal, he argues that the recidivism enhancement in § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum established by § 1326(a), based on facts that

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10719

are neither alleged in the indictment nor found by a jury beyond a reasonable doubt. While Reyes-Tafolla acknowledges this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), he nevertheless seeks to preserve it for possible Supreme Court review. The Government has moved without opposition for summary affirmance or, alternatively, for an extension of time to file its brief.

This court has held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Thus, Reyes-Tafolla is correct that his argument is foreclosed. Because the Government's position "is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case," summary affirmance is appropriate. *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED. The Government's alternative motion for an extension of time is DENIED as moot.